SCWC-15-0000053

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

───────────────────────────────────────────────

LANRIC HYLAND,
Petitioner/Petitioner-Appellant,

vs.

RONALD GONZALES and STEWART MAEDA, in his official capacity as
Hawaiʻi County Clerk,
Respondents/Respondents-Appellees.

───────────────────────────────────────────────

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000053; APPEAL NO. 14-01)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on March 29, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawai'i, May 11, 2016.

Lanric Hyland
petitioner pro se

Patricia Ohara and
Valri Lei Kunimoto
for County of Hawai'i
Board of Registration

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

